# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

T'UNICA MITCHELL,

    Plaintiff,                                                     CASE NO. 6:21-cv-01045

v.

SUNSHINE FITNESS MANAGEMENT,

    Defendant.

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on May 23, 2022, via the Zoom platform, and the results of that conference are indicated below:

All individual parties and their respective trial counsel participated in the mediation conference. The mediation resulted in a signed agreement.

DATED this 24th day of May 2022.

By:

**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
E-mail: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Email: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR