UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

T'UNICA MITCHELL,
an individual,

       Plaintiff,

vs.

SUNSHINE FITNESS MANAGEMENT LLC, d/b/a PLANET FITNESS, a Florida limited liability company; TIM CAYLOR, an individual; CHRISTOPHER MCGILLOWAY, an individual; MAURICIO CARDENAS, an individual; KRISTINA MOOTY, an individual; and SYMPHONIE FISHER, an individual,

       Defendants.
_____/

CASE NO.: 6:21-cv-01045

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff T'UNICA MITCHELL and Defendants SUNSHINE FITNESS MANAGEMENT LLC, d/b/a PLANET FITNESS, a Florida limited liability company; TIM CAYLOR, an individual; CHRISTOPHER MCGILLOWAY, an individual; MAURICIO CARDENAS, an individual; KRISTINA MOOTY, an individual; and SYMPHONIE FISHER, an individual, (collectively "Defendants"), by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure

41(a) on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in this cause have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

DATED this 25th day of May, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Deron T. Roberson, Jr.* <br> DERON T. ROBERSON, JR. <br> Florida Bar Number 1011941 <br> AARON C. ROBERSON <br> Florida Bar Number 1018139 <br> ROBERSON & ROBERSON P.A. <br> d.roberson@robersonemploymentlaw.com <br> a.roberson@robersonemploymentlaw.com <br> info@robersonemploymentlaw.com <br> 16057 Tampa Palms Blvd. W. #231 <br> Tampa, FL 33602 <br> Telephone:    (813) 808-3688 <br> Attorneys for Plaintiff <br><br> */s/ Benjamin Crump* <br> BENJAMIN CRUMP <br> Florida Bar No. 72583 <br> BEN CRUMP, PLLC <br> court@bencrump.com <br> 122 South Calhoun Street <br> Tallahassee, FL 33496 <br> Telephone:    (850) 224-2020 <br> Facsimile:    (850) 224-2021 <br> Attorneys for Plaintiff | */s/ Alicia M. Chiu* <br> ALICIA M. CHIU <br> Florida Bar No. 0058366 <br> VAUGHN G.S. GLINTON, JR. <br> Florida Bar No. 1002778 <br> JACKSON LEWIS P.C. <br> 390 N. Orange Ave., Suite 1285 <br> Orlando, FL 32801 <br> Alicia.chiu@jacksonlewis.com <br> Vaughen.glinton@jacksonlewis.com <br> Telephone:    (407) 246-8440 <br> Facsimile:    (407)246-8441 <br> Attorneys for Defendants Sunshine Fitness Management LLC, Tim Caylor, Christopher McGilloway, Mauricio Cardenas and Kristina Mooty |

| | |
|---|---|
| */s/ Daniel Nesheiwat*<br>DANIEL NESHEIWAT<br>Florida Bar No. 122423<br>DINA NESHEIWAT<br>Florida Bar No. 78342<br>THE NESHEIWAT LAW GROUP, PLLC<br>daniel@neshlawgroup.com<br>dina@neshlawgroup.com<br>info@neshlawgroup.com<br>2901 Clint Moore Road, #326<br>Boca Raton, FL 33496<br>Telephone:   (615) 430-0818<br>Facsimile:   (561) 948-2092<br>Attorneys for Plaintiff | */s/ Kristyne E. Kennedy*<br>KRISTYNE E. KENNEDY<br>Florida Bar No. 0194700<br>KELSEY N. ORTIZ<br>Florida Bar No. 1010647<br>COLE, SCOTT & KISSANE, P.A.<br>Tower Place, Suite 400<br>1900 Summit Tower Boulevard<br>Orlando, FL 32810<br>Primary:<br>Kristyne.kennedy@csklegal.com<br>Secondary:<br>susan.powell@csklegal.com;<br>Kelsey.ortiz@csklegal.com<br>Telephone:   (407) 775-3509<br>Facsimile:   (321) 972-0099<br>Attorneys for Defendant Symphonie Fisher |

4859-7047-3505, v. 1